UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 19, 2022

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROSARIO ZAMORA ROJO,

Defendant.

Case No.  2:21-mj-00153-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  _ROSARIO ZAMORA ROJO_ ,

Case No.  _2:21-mj-00153-DB_  Charge _21 USC § 841(a)(1) and 846_, from custody for

the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_X_      Unsecured Appearance Bond $   _150,000 (co-signed)_

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): _____

Issued at Sacramento, California on January 19, 2022 at    1:00 pm.

Dated:  January 19, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE